McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA S. INGRAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CASE NO. 2:05-CV-01024-FCD-CMK<br><br>STIPULATION AND ORDER RE REDACTION OF THE ADMINISTRATIVE TRANSCRIPT |

　　　　The parties to the above-captioned action, by and through the undersigned counsel, with the approval of the Court, hereby stipulate that the administrative transcript certified August 17, 2005, contains a confidential extra-party record at page 65.  Accordingly, the parties further stipulate that Defendant shall redact said page by removing it from the administrative transcript prior to the serving and filing of said transcript.

　　　　The parties further stipulate that any review copies of the record found at page 65, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

　　　　The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: October 14, 2005        /s/ Bess M. Brewer
                               Bess M. Brewer

                               Attorney for Plaintiff

DATED:  October 20, 2005       McGREGOR W. SCOTT
                               United States Attorney


                         By:  /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant


_____oOo_____

**ORDER**

**APPROVED AND SO ORDERED.**

**DATED:   October 26, 2005.**

                                                _____
                                                **CRAIG M. KELLISON**
                                                **UNITED STATES MAGISTRATE JUDGE**

1  OF COUNSEL:

2  LUCILLE GONZALES MEIS
   Chief Counsel, Region IX

3  ELIZABETH FIRER
4  Assistant Regional Counsel

5  United States Social
     Security Administration